AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GLENDA KNOX,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:17-cv-29

HAPPY CAB, LLC and STACEY R. DIXON,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 21st day of December 2017, against the Defendants and in favor of the Plaintiff in the amount of $13,494.88. Judgment is hereby entered and this case stands closed.

Approved by: _____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia

_December 27, 2017_
Date

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03